STATE OF NEW JERSEY v. LEVORCE ABRAMS.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES ANDERSON.

January 29, 1976. Petition for certification denied.

TRAVELERS INDEMNITY COMPANY v. GENERAL ACCIDENT GROUP.

January 29, 1976. Petition for certification denied.

FRANCES DEMARS SIEGLING v. JOHN ARTHUR SIEGLING JR.

October 29, 1975. Petition for certification granted and the order of the Appellate Division is reversed; and it is further ORDERED that this matter be remanded to the Appellate Division for a hearing on the merits.

STATE OF NEW JERSEY v. HIRAM GONZALEZ.

November 3, 1975. Petition for certification is granted and the second conviction of contempt and sentence imposed is vacated. The first conviction of contempt and the six months workhouse sentence is affirmed. (See 134 *N. J. Super.* 472).